5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

KYLIE D. HUNTER, )
          Plaintiff, ) Case No. 1:21-cv-00388-CWD
v. )
L&W SUPPLY CORPORATION, ) APPLICATION FOR ADMISSION
) PRO HAC VICE
          Defendant. )
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Paul E. Cirner, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Defendant L&W Supply Corporation.

The applicant hereby attests as follows:

1. Applicant resides in Tigard, Oregon, and practices at the following address and phone number Ogletree, Deakins, Nash, Smoak & Stewart, P.C.; 222 SW Columbia Street, Suite 1500 Portland, Oregon 97201. Telephone: 503-552-2140

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| New York Supreme Court (New York State Bar) | 2/15/2017 |
| Oregon Supreme Court (Oregon State Bar) | 5/23/2019 |
| Washington Supreme Court (Washington State Bar) | 4/4/2019 |
| See Attachment A | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. David P. Gardner, a member in good standing of the bar of this court, of the firm of Hawley Troxell, practices at the following office address and phone number: 333 S. Main Street, Suite 200, Pocatello, ID 83204; Telephone: (208) 233.2001

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 27th day of September, 2021.

_____      _____
Applicant                                          Designee

Signed under penalty of perjury.

## Attachment A

| | |
|---|---|
| United States District Court, Eastern District of New York | 6/28/2018 |
| United States District Court, Southern District of New York | 6/8/2018 |
| United States District Court, District of Oregon | 6/10/2019 |
| United States District Court, Eastern District of Washington | 6/10/2019 |