Greg Chaney I.S.B. 10513
CHANEY LAW OFFICE
PO Box 489
Caldwell, Idaho 83606
Telephone: (208) 314-3850
Facsimile: (208) 549-9612
info@gregchaneylaw.com

Attorney for Plaintiff

Kelly S. Riggs, admitted *pro hac vice*
kelly.riggs@ogletree.com
Paul E. Cirner, admitted *pro hac vice*
paul.cirner@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503.552.2140
Fax:     503.224.4518

David P. Gardner, ISB No. 5350
dgardner@hawleytroxell.com
HAWLEY TROXELL
412 West Center Street, Suite 2000
Pocatello, ID 83204
Telephone:  208.646.7220
Fax:  208.232.1050

Attorneys for Defendant
L&W SUPPLY CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| KYLIE D. HUNTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L&W SUPPLY CORPORATION and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **Case No.: 1:21-cv-00388-CWD**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

\\

\\

1 – STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to either party.

IT IS SO STIPULATED this 7th day of April, 2022:

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:   *s/ Paul E. Cirner*
Kelly S. Riggs, admitted *pro hac vice*
kelly.riggs@ogletree.com
Paul E. Cirner, admitted *pro hac vice*
paul.cirner@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
503.552.2140

**HAWLEY TROXELL**

David P. Gardner, ISB No. 5350
dgardner@hawleytroxell.com
HAWLEY TROXELL
412 West Center Street, Suite 2000
Pocatello, ID 83204
Telephone:  208.646.7220

Attorneys for Defendant
L&W SUPPLY CORPORATION

**CHANEY LAW OFFICE, PLLC**

By:   *s/ Greg Chaney*
Greg Chaney, Esq.
greg@gregchaneylaw.com
211 E. Logan Street, Suite 203
Caldwell, ID 83605
(208) 314-3850

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2022, I filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

> Kelly S. Riggs, admitted *pro hac vice*
> kelly.riggs@ogletree.com
> Paul E. Cirner, admitted *pro hac vice*
> paul.cirner@ogletree.com
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> The KOIN Center
> 222 SW Columbia Street, Suite 1500
> Portland, OR  97201
> Telephone:    503.552.2140
> Fax:    503.224.4518
>
> David P. Gardner, ISB No. 5350
> dgardner@hawleytroxell.com
> HAWLEY TROXELL
> 412 West Center Street, Suite 2000
> Pocatello, ID 83204
> Telephone:  208.646.7220
> Fax:  208.232.1050
>
> Attorneys for Defendant
> L&W SUPPLY CORPORATION

        **CHANEY LAW OFFICE**
        By:    *s/ Greg Chaney*
        Greg Chaney, ISB 10513
        info@gregchaneylaw.com

1 – CERTIFICATE OF SERVICE