UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KYLIE D. HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>L&W SUPPLY CORPORATION and<br>DOES 1–10, inclusive,<br><br>    Defendants. | Case No. 1:21-cv-00388-DCN<br><br>**ORDER** |

Pursuant to the Stipulation of Dismissal with Prejudice (Dkt. 11), the Court DISMISSES the case with prejudice. Each party will bear its own costs and attorney fees. The Court directs that this case be CLOSED.

DATED: April 8, 2022

David C. Nye
Chief U.S. District Court Judge

ORDER - 1